# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., *et al.*,[1]<br>          Debtors. | Chapter 11<br><br>Case No. 17-01302-JJG-11<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Gregg Appliances, Inc.,<br>          Plaintiff,<br>vs.<br><br>Reliance Standard Life Insurance Company,<br>          Defendant. | Adv. No. 17-50427 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: April 17, 2018        **ASK LLP**

                By: */s/ Joseph L. Steinfeld, Jr.*
                Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
                2600 Eagan Woods Drive, Suite 400
                St. Paul, MN  55121
                Telephone: 651-289-3850
                Fax: (651) 406-9676
                Email: jsteinfeld@askllp.com

                *Counsel to the Official Committee of Unsecured Creditors of Gregg Appliances, Inc.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875). The location of the Debtors' corporate headquarters is 755 W. Carmel Drive, Suite 207, Carmel, Indiana 46032.